■ DANIEL ELSTEIN, Respondent, v S.D.H.R., Appellant.— Motions for permission to file brief as *amicus curiae* granted. Memorandum: The *amicus curiae* briefs to be filed should not duplicate the arguments in the principle briefs. Present— Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.